
RECEIVED
IN LAKE CHARLES, LA
MAR 09 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICKY CARTHAN, SR.** | : | **DOCKET NO. 2:08-cv-1821**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **WARDEN LOUISIANA STATE PENITENTIARY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's application for Writ of *Habeas Corpus* be **TRANSFERRED TO THE UNITED STATES FIFTH CIRCUIT COURT OF APPEALS FOR FURTHER PROCEEDINGS.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of March, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE